ERIC GRANT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: 916.554-2700

Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

MUHAMMAD KHALID PARVEZ,

Plaintiff,

v.

CARRIE M. SELBY, ET AL.,

Defendants.

Case No.: 2:26-CV-02250-DJC-AC

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On June 25, 2026, Muhammad Khalid Parvez filed a complaint under the Administrative Procedure Act and the Mandamus statute alleging unlawful delay in the adjudication of his U-Visa Application (“Application”). *See* Complaint, ECF 1, at ¶¶ 50-56, 72-77, and 79. The Complaint was served on June 29, 2026, making the current response deadline August 28, 2026. On July 20, 2026, Plaintiff filed an amended complaint. *See* ECF 6. On August 24, 2026, Defendant USCIS sent to Plaintiff a Request for Evidence (RFE) which requires production of extensive evidence necessary to continue adjudication of the subject Application; this evidence potentially includes reports from third parties, as well as a statement from Plaintiff, all in support of the subject Application. Plaintiff has until November 19, 2026 to produce this evidence. The agency cannot continue the adjudicatory process until this evidence is received and will need time to review once received. Given this status, the parties stipulate to an extension of

the deadline for Defendants to respond for approximately ninety days to and including November 27, 2026. The parties further request that all other applicable dates and deadlines be similarly extended.

Based on the foregoing stipulation, the new date for Defendants to file an answer or other responsive pleading is November 27, 2026. Any and all other pending proceedings and/or deadlines are similarly extended.

DATED: August 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Courtney E. Moran (as authorized on August 26, 2026)*
COURTNEY E. MORAN
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: August 27, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE